UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE

| | | | |
|---|---|---|---|
| Case #: | 3:16-CR-46 | Date: | January 6, 2017 |

United States of America        vs.        Szuhsiung Ho

**PROCEEDINGS: Change of Plea.** The defendant was sworn and advised of his constitutional rights and of the penalties of the offense charged.

HONORABLE THOMAS A. VARLAN, CHIEF UNITED STATES DISTRICT JUDGE

| | | |
|---|---|---|
| Julie Norwood | Rebekah Lockwood | Carol Cavin |
| **Deputy Clerk** | **Court Reporter** | **Probation Officer** |

| | |
|---|---|
| Charles E. Atchley, Jr./ Casey Thomas Arrowood | Peter Zeidenberg/Wade V Davies |
| **Asst. U.S. Attorney** | **Attorney for Defendant** |

- x    Defendant waives reading of Indictment or Information
- x    Defendant Pleads guilty to count(s) Lesser included of Count 1
- x    Referred for Presentence Investigative Report.
- x    DATE SET:  **Sentencing:** May 17, 2017 @ 11:00
       **Before** the Honorable Thomas A. Varlan, Chief United States District Judge

> • Parties must adhere to Local Rules 83.9(c) & 83.9(k)

x    Defendant remained to custody of the U.S. Marshal

1:30 to 2:00