UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:16-CR-0046 |
| | ) | JUDGES VARLAN/GUYTON |
| SZUHSIUNG HO a/k/a ALLEN HO, | ) | |
| CHINA GENERAL NUCLEAR POWER | ) | |
| COMPANY a/k/a CHINA GUANGDONG | ) | UNDER SEAL |
| NUCLEAR POWER COMPANY, and | ) | |
| ENERGY TECHNOLOGY INT. | ) | |

## MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL

The United States of America, by and through the United States Attorney for the Eastern District of Tennessee, hereby requests that the proposed document in the above-referenced matter be sealed due to the sensitive nature of the material contained therein.

Wherefore, the United States of America respectfully requests that the proposed document as to defendant SZUHSIUNG HO, a/k/a Allen Ho, be sealed.

Respectfully submitted this 10th day of January, 2017.

                                                      NANCY STALLARD HARR
                                                      UNITED STATES ATTORNEY

By:    *s/ Charles E. Atchley, Jr.*
          Charles E. Atchley, Jr.
          Assistant United States Attorney
          800 Market Street, Suite 211
          Knoxville, Tennessee 37902
          (865) 545-4167

## CERTIFICATE OF SERVICE

       I hereby certify that on the 10th day of January, 2017, a copy of the foregoing Motion was filed electronically. Notice of the filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

                *s/ Charles E. Atchley, Jr.*
                Charles E. Atchley, Jr.
                Assistant United States Attorney