| PROB 22 (Rev. 2/88) | DOCKET NUMBER *(Tran. Court)* 3:16-CR-46 |
|---|---|
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Szuhsiung Ho | Eastern District Tennessee | Knoxville |
| | NAME OF SENTENCING JUDGE | |
| | Hon. Thomas A. Varlan, Chief U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 9/19/2018 — TO 9/18/2019 |

OFFENSE

[Lesser included offense] Conspiracy to Unlawfully Engage and Participate in the Production and Development of Special Nuclear Material Outside the United States Without the Intent to Injure the United States or to Secure and Advantage to a Foreigh Nation
42 U.S.C. Section 2088(b)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  Eastern  DISTRICT OF  Tennessee

  IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  District of Delaware  upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

February 27, 2019
*Date*

*Thomas A. Varlan*
*Thomas A. Varlan*
*Chief United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  ----  DISTRICT OF  Delaware

  IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*                   *United States District Judge*