| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 3:16-CR-46 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* CR19-32-UNA |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE Szuhsiung Ho | DISTRICT Eastern District Tennessee | DIVISION Knoxville |
| | NAME OF SENTENCING JUDGE Hon. Thomas A. Varlan, Chief U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 9/19/2018 | TO 9/18/2019 |

**OFFENSE**

[Lesser included offense] Conspiracy to Unlawfully Engage and Participate in the Production and Development of Special Nuclear Material Outside the United States Without the Intent to Injure the United States or to Secure and Advantage to a Foreign Nation
42 U.S.C. Section 2088(b)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __Eastern__ DISTRICT OF __Tennessee__

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __District of Delaware__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

February 27, 2019
Date

*Thomas A. Varlan*
Thomas A. Varlan
Chief United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____ DISTRICT OF __Delaware__

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3/18/19
Effective Date

United States District Judge